UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANDRE CALIX,

                Plaintiff,                            JUDGMENT
      v.                                            18-CV-3980 (RPK) (PK)
                                                     19-CV-6685 (RPK) (PK)

Lieutenant THOMAS POPE,

                Defendant.
------------------------------------------------------------ X
ANDRE CALIX,

                Plaintiff,
      v.

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 22, 2022, granting in part and denying in part Defendants' motion; denying plaintiff's motion in full; granting Defendants summary judgment on plaintiff's Bivens claim, but genuine disputes of material fact preclude summary judgment for either side on the FTCA claim; dismissing Lt. Pope from this action; and a Memorandum and Order having been filed on September 30, 2023, granting the motion for reconsideration; and granting defendants' motion for summary judgment in full; and directing the Clerk of Court to enter judgment; and close Case Nos. 18-cv-3980 and 19-6685; it is

       ORDERED and ADJUDGED that the motion for reconsideration is granted; that defendants' motion for summary judgment is granted in full; and that Case Nos. 18-cv-3980 and 19-6685 are closed.

Dated: Brooklyn, NY					Brenna B. Mahoney
October 18, 2023					Clerk of Court

						By: */s/Jalitza Poveda*
							Deputy Clerk