UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE CALIX,<br>    Plaintiff,<br>Vs.<br>Lieutenant THOMAS POPE,<br>    Defendant, | 18-cv-3980 (RPK)(PK)<br>19-cv-6685 (RPK)(PK) |
| ANDRE CALIX,<br>    Plaintiff,<br>Vs.<br>UNITED STATES OF AMERICA,<br>    Defendant. | |



RECEIVED NOV 0 7 2023 PRO SE OFFICE

## PLAINTIFF-APPELLANT'S PRO SE NOTICE OF APPEAL

Notice is hereby given that ANDRE CALIX, Plaintiff in the above named consolidated cases, hereby appeals to the United States Court of Appeals for the Second Circuit from the September 28, 2022 and September 30, 2023 orders of this Court, first granting Defendants a partial summary judgement and denying Mr. Calix's cross-motion for summary judgement and finally granting summary judgement in full.

Andre Calix, Pro Se
Register #68956-054
FCI-Danbury
Route 37
Danbury, C.T. 06811

## DECLARATION OF INMATE FILING & CERTIFICATE OF SERVICE

I am an inmate confined in an institution. I am depositing the foregoing pro se Notice of Appeal in this case in the institution's internal mail system, properly addressed to: Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. First-class postage is being prepaid by me.

I am also depositing a true and correct copy of the foregoing Pro Se Notice of Appeal in this case in the institution's internal mail system, properly addressed to: opposing counsel, Assistant United States Attorney, Matthew J. Modafeeri, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, N.Y. 11201. First-class postage is being prepaid by me.

Done and executed under penalty of perjury pursuant to 28 U.S.C. §1746, on this __31__ day of October, 2023.

Andre Calix, Pro Se
Register #68956-054

Andre Calix 68956-054
FCI - Danbury
Route 37
Danbury, C.T. 06811



Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201